1

2

3

4

5                        **UNITED STATES DISTRICT COURT**

6                              **DISTRICT OF NEVADA**

7

8    ALBERT R. GARCIA,                    )
                                          )
9                 Plaintiff,              )        3:06-0118-JCM-VPC
                                          )
10   vs.                                  )
                                          )        **ORDER**
11   NEVADA BOARD OF PRISON               )
     COMMISSIONERS, *et al.*,             )
12                                        )
                  Defendants.             )
13   _____/

14
            Presently before the court are the report and recommendations (#30) of United States Magistrate
15
     Judge Cooke, filed July 7, 2006, recommending that the plaintiff's motion for temporary restraining
16
     order and/or preliminary injunction (#6) be denied. Plaintiff filed a supplement (#7), defendants opposed
17
     (#15), and plaintiff replied (#27). Magistrate Judge Cooke required the parties to file objections to the
18
     findings and recommendations within 10 days of receipt.  No objections were filed.
19
            Magistrate Cooke found that the plaintiff has not demonstrated that a preliminary injunction is
20
     warranted with respect to any of his claims.
21
            Upon review of the magistrate judge's findings and recommendations (#30) and there being no
22
     objections filed,
23
     . . .
24
     . . .
25
     . . .
26

1    IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Magistrate Judge Cooke's

2 report and recommendations (#30) are AFFIRMED in their entirety

3          Dated this 9th day of February, 2007.

4

5

6                                              _____
                                               UNITED STATES DISTRICT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26