# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ALBERT R. GARCIA, | ) |
| Plaintiff, | ) 3:06-0118-JCM-VPC |
| vs. | ) |
| | ) **ORDER** |
| NEVADA BOARD OF PRISON COMMISSIONERS, *et al.*, | ) |
| Defendants. | ) |

Presently before the court are the report and recommendations (#96) of United States Magistrate Judge Cooke, denying plaintiff's renewed motion for a temporary restraining order (## 48, 72).

Local Rule IB 3-1 states that any party wishing to object to the ruling of the magistrate judge on a pretrial matter shall file a specific objection within ten (10) days from the date of service of the magistrate judge's ruling. No objections were filed.

Upon review of the magistrate judge's findings and recommendations (#96) and there being no objections filed,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Magistrate Judge Cooke's report and recommendations (#96) are AFFIRMED in their entirety.

Dated this 24th day of October, 2007.

_____
UNITED STATES DISTRICT JUDGE